IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SARAH LEFLAR                                                                                   PLAINTIFF

v.                                    No. 4:22-cv-690-DPM

HP INC.                                                                                        DEFENDANT

## ORDER

My impartiality could reasonably be questioned in this case because of my connections with the Leflar family. 28 U.S.C. § 455(a). I recuse. The Clerk of Court must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 August 2022